IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

KALEB COREY WEST

No._____

*JUL 23 2026 PM 1:09*
*FILED - USDC - NDTX - AM*

**2-26CR-080-Z**

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute Marihuana
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D))

On or about March 30, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Kaleb Corey West**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D).

## Count Two
### Possession of Firearms in Furtherance of a Drug Trafficking Crime
### (Violation of 18 U.S.C. § 924(c))

On or about March 30, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Kaleb Corey West**, defendant, did knowingly possess firearms, to wit: an SCT, 9mm semi-automatic pistol, serial number AAB003291; an American Tactical, Omni-Hybrid, 5.56 caliber rifle, serial number NS415569; and a Savage Arms, Model 320, 12 gauge shotgun, serial number 166809H, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Marihuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as charged in Count One of this indictment, an offense for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c).

**Kaleb Corey West**
**Indictment - Page 2**

Forfeiture Notice
(18 U.S.C. § 924(d) and 21 U.S.C. § 853(a))

Upon conviction of any of the offenses alleged in this indictment, and pursuant to

18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), **Kaleb Corey West**,

defendant, shall forfeit to the United States of America any property constituting, or

derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of

the offense(s), and any of the property used, or intended to be used, in any manner or

part, by the defendant(s) to commit, or to facilitate the commission of the offense(s),

including, but not limited to, the following:

a. an SCT, 9mm semi-automatic pistol, serial number AAB003291;
b. an American Tactical, Omni-Hybrid, 5.56 caliber rifle, serial number NS415569; and
c. a Savage Arms, Model 320, 12 gauge shotgun, serial number 166809H

including any additional ammunition, magazines, and/or accessories recovered with the

firearms.

**Kaleb Corey West**
**Indictment - Page 3**

TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
RYAN C. REDD
Assistant United States Attorney
North Carolina State Bar No. 48491
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:     806-472-7351
Facsimile:     806-472-7394
E-mail:          ryan.redd@usdoj.gov

Kaleb Corey West
Indictment - Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

KALEB COREY WEST

INDICTMENT

COUNT 1:    POSSESSION WITH INTENT TO DISTRIBUTE MARIHUANA
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D).

COUNT 2:    POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG
TRAFFICKING CRIME
Title 18, United States Code, Section 924(c).

(2 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this ___23rd___ day of ___July___, A.D. 2026.

ARREST WARRANT TO ISSUE.

_____
UNITED STATES MAGISTRATE JUDGE